IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION


JAMES DANIEL PRICE                                                              PLAINTIFF


v.                                         Case No. 1:23-cv-1021


OFFICER LINDA HOWE                                                             DEFENDANT


## ORDER

Before the Court is the Report and Recommendation filed December 21, 2023, by the

Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.

ECF No. 22.  Judge Bryant recommends that Plaintiff's complaint (ECF No. 1) be dismissed for

failure to comply with the Court's Order to Compel (ECF No. 17) and failure to prosecute this

case.  No party has filed objections to the Report and Recommendation, and the time to object has

passed.  *See* 28 U.S.C. § 636(b)(1).  Upon review, the Court adopts the Report and

Recommendation *in toto.*  Accordingly, Plaintiff's complaint is **DISMISSED WITHOUT**

**PREJUDICE**.

　　**IT IS SO ORDERED**, this 22nd day of January, 2024.


                                                          /s/ Susan O. Hickey
                                                          Susan O. Hickey
                                                          Chief United States District Judge